UNITED STATES of America ex rel. James Jesse WRIGHT, Appellant,

v.

William J. BANMILLER, Warden, State Correctional Institution, Philadelphia, Pennsylvania, and Commonwealth of Pennsylvania.

No. 13560.

United States Court of Appeals Third Circuit.

Submitted June 6, 1961.

Decided July 7, 1961.

James Jesse Wright, pro se.

James C. Crumlish, Jr., Dist. Atty., Anthony J. Smith, Asst. Dist. Atty., Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

We can see no error in the proceedings in the court below. The order denying the appellant's petition for writ of habeas corpus and for injunctive and other relief will be affirmed.

Samuel MELNICK and Ida Melnick, Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 13531.

United States Court of Appeals Third Circuit.

Argued May 26, 1961.

Decided July 6, 1961.

Malcolm H. Waldron, Jr., Philadelphia, Pa. (Waldron & Weitzman, Philadelphia, Pa., on the brief), for appellants.

Michael I. Smith, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attys., Dept. of Justice, Washington, D. C., on the brief), for appellee.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We have reviewed the findings of fact and the opinion of the Tax Court and perceive no error therein. The decision in favor of the Commissioner will be affirmed on the well reasoned opinion of Judge Atkins.

UNITED STATES of America

v.

James Joseph HAMMERLE, Appellant.

No. 13546.

United States Court of Appeals Third Circuit.

Argued May 26, 1961.

Decided July 7, 1961.

F. Neal Sever, Pittsburgh, Pa., for appellant.

W. Wendell Stanton, Asst. U. S. Atty., Pittsburgh, Pa. (Hubert I. Teitelbaum, U. S. Atty., Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We have reviewed the record presented on this appeal and we can perceive no substantial error in it. The judgment will be affirmed.